UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FRANCISCO NEVAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. W. LEWIS, warden,<br><br>　　　　Respondent.　　　　　　　／ | No. C 12-1912 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 23, 2012

　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge